NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARVEY MOORE AND ASSOCIATES,
INC., a Florida corporation,

      Appellant,

v.

HAHN LOESER & PARKS, LLP, an Ohio
limited liability partnership; TRIAL
PRACTICES, INC., a Florida corporation;
TRIAL SIMULATIONS, INC., a Florida
Corporation; TRIAL VISUALIZATION,
INC., a Florida corporation; HARVEY
MOORE, an individual; and LYNETTE M.
MOORE, an individual,

      Appellees.

Case No. 2D17-3193

Opinion filed October 10, 2018.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

G. Donovan Conwell, Jr., of Conwell
Business Law, LLLP, Tampa, for Appellant.

Edmond E. Koester of Coleman,
Yovanovich & Koester, P.A., Naples; and
Edward K. Cheffy of Cheffy Passidomo,
P.A., Naples, for Appellee Hahn Loeser &
Parks, LLP.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.